# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2008

Clifford W. Taylor,
Chief Justice

136469

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                            SC: 136469
                            COA: 271597
TIMOTHY ROY NULL,               Wayne CC: 05-007927
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2008

_____
Clerk

s1008